IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
| OASIS INTERNATIONAL WATERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v | ) | No. 10-707C |
| | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENT TO DEFENDANT'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S
ORDER REGARDING DISCOVERY**

Plaintiff submits the following supplement to the Government's Unopposed Motion in order to apprise the Court of the following:

1. Plaintiff submitted its portion of the Joint Submittal to Government counsel early in the week of May 7, 2012;

2. Counsel discussed the question of additional time for closing fact discovery that will be needed with the number of days depending on the ultimate ruling of the Court on the question of production of emails from storage located earlier this year by the Government and discussed with the Court during the May 1, 2012 Status Conference. Counsel did not discuss the Government's reference to the number of people whose emails are being sought. The Government has identified that as 60 people, which number is wrong;

3. Although the matter of a time extension for fact discovery was addressed briefly during the Status Conference, Plaintiff is informing the Court that the whole issue of the Government emails and the slow manner in which the matter has developed has impacted Plaintiff's ability to complete its fact discovery by June 30, 2012 under any circumstances and is a matter Plaintiff is prepared to discuss with the Court when it acts on this issue;

4. Should the Court decide to act immediately after the Government files the discovery report with the parties' positions on June 1, 2012, undersigned counsel for Plaintiff hereby advises the Court that he will not be available for a Status Conference with the Court to

discuss this matter on Monday, June 4, 2012, but will be available the remainder of that week.

                                              Respectfully submitted,

May 17, 2012                              /S/ LAURENCE SCHOR
                                            lschor@asm-law.com
                                            Asmar, Schor & McKenna, PLLC
                                            5335 Wisconsin Ave, NW
                                            Suite 400
                                            Washington, DC   20015
                                            (202) 244-4264
                                            (202) 686-3567 (facsimile)
                                            lschor@asm-law.com
                                            *Counsel of Record for Oasis International Waters, Inc.*

<u>Of Counsel</u>
Susan L. Schor (sschor@asm-law.com)
Dennis C. Ehlers (dehlers@asm-law.com)
David A. Edelstein (dedelstein@asm-law.com)
Asmar, Schor & McKenna, PLLC
5335 Wisconsin Ave, NW
Suite 400
Washington, DC   20015
(202) 244-4264
(202) 686-3567 (facsimile)

**CERTIFICATE OF FILING**

     I hereby certify that on the 17th day of May 2012, a copy of the foregoing "PLAINTIFF'S SUPPLEMENT TO DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER REGARDING DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/Laurence Schor