IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OASIS INTERNATIONAL WATERS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | No. 10-707C<br>(Judge Horn) |

## JOINT STATUS REPORT

Pursuant to the Court's July 11, 2014 Order, Plaintiff, Oasis International Waters, Inc. (Oasis), and defendant, the United States, respectfully submit this joint status report. After Oasis filed its Status Report on July 11, 2014, Defendant provided Oasis with what it believed to be the address of Thomas Wells, a former employee of D&S Consultants, Inc. whom Oasis intends to call as a witness at trial. Specifically, following the July 9, 2014 pretrial conference, and in accordance with the Court's directive, defendant's counsel took additional action to locate Mr. Wells and did so through a Lexis search. Oasis believes it has confirmed that the address provided by Defendant is correct, as it is consistent with information provided by D&S Consultants, Inc. in response to a subpoena it served in January 2014 and local land records. As Mr. Wells is located more than 100 miles away from the Court, Oasis requests that the Court issue an Order authorizing Oasis to subpoena Mr. Wells to testify at trial despite the fact that he would have to travel more than 100 miles to appear. The Government does not oppose Oasis's request.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Laurence Schor | STUART F. DELERY |
| LAURENCE SCHOR | Assistant Attorney General |
| lschor@asm-law.com |  |
| Asmar, Schor & McKenna, PLLC | ROBERT E. KIRSCHMAN, JR. |
| 5335 Wisconsin Ave, NW, Suite 400 | Director |
| Washington, D.C. 20015 |  |
| (202) 244-4264 | /s/ DONALD E. KINNER |
| (202) 686-3567 (facsimile) | Assistant Director |
| *Counsel of Record for Oasis Int'l Waters, Inc.* |  |
|  | /s/ JAMES P. CONNOR |
|  | Trial Attorney |
|  | STEPHEN C. TOSINI |
|  | Senior Trial Counsel |
|  | TANYA B. KOENIG |
|  | Trial Attorney |
|  | Department of Justice |
|  | Civil Division |
|  | Commercial Litigation Branch |
|  | PO Box 480, Ben Franklin Station |
|  | Washington, D.C., 20044 |
|  | Tel: (202) 307-6290 |
|  | email: James.Connor@usdoj.gov |
| July 16, 2014 | Attorneys for Defendant |

## CERTIFICATE OF FILING

     I hereby certify that on the 16th day of July 2014, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         /s/ Laurence Schor