IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| OASIS INTERNATIONAL WATERS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. ) | No. 10-707C<br>(Judge Horn) |

## POST-TRIAL JOINT EXHIBIT LIST

Pursuant to the Court's September 8, 2014, order, the parties submit the attached post-trial joint exhibit list, including only those exhibits which were admitted during trial. The parties have agreed that, on or before October 17, 2014, plaintiff will provide to the Court an electronic, text-searchable version of the admitted exhibits. By that date plaintiff will also provide to the Court a corrected version of the exhibits as discussed during a call with the Court on October 7, 2014.

                                      Respectfully submitted,

| | |
|---|---|
| Laurence Schor<br>LAURENCE SCHOR<br>lschor@asm-law.com<br>Asmar, Schor & McKenna, PLLC<br>5335 Wisconsin Ave, NW, Suite 400<br>Washington, D.C. 20015<br>(202) 244-4264<br>(202) 686-3567 (facsimile)<br>Counsel of Record for Oasis Int'l Waters, Inc. | JOYCE R. BRANDA<br>Acting Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ DONALD E. KINNER<br>Assistant Director |

/s/ JAMES P. CONNOR
Trial Attorney
STEPHEN C. TOSINI
Senior Trial Counsel
TANYA B. KOENIG
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, D.C., 20044
Tel: (202) 307-6290
email: James.Connor@usdoj.gov

October 15, 2014         Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on the 15th day of October 2014, a copy of the foregoing POST-TRIAL JOINT EXHIBIT LIST was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Tanya B. Koenig