# In the United States Court of Federal Claims

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *    *
OASIS INTERNATIONAL WATERS,                    *
INC.,                                          *
                                               *
               Plaintiff,                      *      No.  10-707C
          v.                                   *      Filed: February 15, 2018
                                               *
UNITED STATES,                                 *
                                               *
               Defendant.                      *
                                               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *    *
```

## O R D E R

The court is in receipt of the parties' joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, attorney fees, and expenses.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**