# In the United States Court of Federal Claims

No. 10-707 C

**OASIS INTERNATIONAL WATERS, INC.**

    v.                                                **JUDGMENT**

**UNITED STATES**

      Pursuant to the court's Order, filed February 15, 2018, and the parties' stipulation of dismissal, also filed February 15, 2018,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a), that the case is dismissed, with prejudice.  Each party shall bear its own costs, attorney fees, and expenses.

                                                                Lisa L. Reyes
                                                                Clerk of Court

**February 15, 2018**                    By:    s/ Debra L. Samler

                                                                 Deputy Clerk